IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

GARRY RANDALL WEST, )
)
           Petitioner, )
)
vs. ) No. CIV-16-931-C
)
JASON BRYANT, Warden, )
)
           Respondent. )

## O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on August 18, 2016. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on September 6, 2016, Petitioner paid the $5.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 5) is adopted in part. Because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 21st day of September, 2016.

ROBIN J. CAUTHRON
United States District Judge